



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/11/26_____

**Hailey Kaye**

hailey.kaye@dentons.com
D    +1 212-398-5822

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States
dentons.com

May 11, 2026

**<u>VIA ECF</u>**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Senior v. Versuni USA Corporation,* Case No. 1:25-cv-10400-ALC

Dear Judge Andrew L. Carter, Jr.,

We represent Defendant Versuni USA Corporation ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from May 11, 2026, to June 25, 2026.

The parties have agreed on the principal terms to resolve this matter and the requested stay will permit the parties to finalize said agreement. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Hailey Kaye*
Hailey Kaye

cc:    All counsel of record (by ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

5/11/26

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**